193

(No. 5925—)

UNIVAC DIVISION OF SPERRY RAND CORPORATION, Claimant, *vs.*
STATE OF ILLINOIS, AUDITOR OF PUBLIC ACCOUNTS, Respondent.

*Opinion filed April 27, 1971.*

UNIVAC DIVISION OF SPERRY RAND CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.

(No. 5928—)

BROOKS INSTITUTE OF PHOTOGRAPHY, Claimant, *vs.* STATE OF
ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

BROOKS INSTITUTE OF PHOTOGRAPHY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.